IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No. 16-cv-282-wmc |
| RICHARD LAND, | |
| Involuntary Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America against plaintiff Atlantic Specialty Insurance Company and involuntary plaintiff Richard Land dismissing this case.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 8/31/2017 |
| Peter Oppeneer, Clerk of Court | Date |